## *United States District Court for the Northern District of Illinois*

Case Number:                          Assigned/Issued By:

Judge Name:                            Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*    ☐ $402.00      ☐ $49.00      ☐ $5.00

                     ☐ IFP           ☐ No Fee      ☐ Other _____

                     ☐ $505.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____               Receipt #: _____

Date Payment Rec'd: _____            Fiscal Clerk: _____

---

**ISSUANCES**

| ☐ Summons | ☐ Alias Summons |
|---|---|
| ☐ Third Party Summons | ☐ Lis Pendens |
| ☐ Non Wage Garnishment Summons | ☐ Abstract of Judgment |
| ☐ Wage-Deduction Garnishment Summons | _____ |
| ☐ Citation to Discover Assets | (Victim, Against and $ Amount) |
| ☐ Writ _____ (Type of Writ) | |

\_\_\_\_\_Original and \_\_\_\_\_copies on _____ as to _____
                               (Date)

_____